AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:26-cv-03685 PHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jonathan Brightbill, General Counsel
U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

Todd Blanche, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
NW Washington, DC 20530

Craig H. Missakian, U.S. Attorney, No. D. CA
50 Golden Gate Avenue
11th Floor, P.O. Box 36055
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RICHARD A. BRODY (California State Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS
SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: 04/30/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Todd Blanche, Attorney General U.S. Department of Justice

was received by me on *(date)*        April 30, 2026                    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4(i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:  May 26, 2026

*Nuria de la Fuente*
_____
*Server's signature*

Nuria de la Fuente, Office Manager at Greefire Law, PC
_____
*Printed name and title*

2748 Adeline St. Suite A, Berkeley, CA 94703
_____
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703566260212

Copy        Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:31 am on May 13, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
May 13, 2026 4:31 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                    ⌄

USPS Tracking Plus®                      ⌄

Product Information                      ⌄



Track Another Package

Feedback