CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6991
    kimberly.hopkins@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>    Defendant. | No. 3:26-cv-03685-PHK<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

Plaintiff U.S. Right to Know ("Plaintiff") and Defendant U.S. Department of Energy ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1.    In this Freedom of Information Act ("FOIA") case, an Initial Case Management Conference is currently scheduled for August 5, 2026, and a case management statement is due July 29, 2026.

2.    The parties have been engaging in cooperative and productive communications regarding the search and release of responsive records. Defendant has identified approximately 5,400 pages corresponding to 1,053 potentially responsive records and is processing them at a rate of 750 pages/month. Pursuant to those discussions, Defendant has commenced a monthly rolling release of

records responsive to Plaintiff's FOIA requests. The parties have been meeting and conferring as necessary to discuss and attempt to resolve issues as they arise.  The parties agree that there are presently no issues that require immediate resolution by the Court.

3.    Accordingly, the parties stipulate and request that the Case Management Conference currently scheduled for August 5, 2026 be continued until October 14, 2026 to allow time for Defendant to release and Plaintiff to review additional records, as well as for the parties to continue to meet and confer as necessary. The parties will provide the Court with a case management statement by September 30, 2026, or, if appropriate, may request a further continuance of the Case Management Conference at that time. The parties respectfully submit that this is the most efficient way to proceed and will conserve both the parties' and the Court's resources.

DATED: July 29, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kimberly E. Hopkins*
KIMBERLY E. HOPKINS
Assistant United States Attorney

Attorneys for Defendant


DATED: July 29, 2026                    /s/ *Lily A. Rivo*
LILY A. RIVO
Greenfire Law, PC

Attorney for Plaintiff
U.S. RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for August 5, 2026, is continued until October 14, 2026.  The parties shall provide a case management statement by September 30, 2026.

IT IS SO ORDERED.

DATED:  July 30, 2026

_____
THE HONORABLE PETER H. KANG
United States Magistrate Judge