CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
KIMBERLY HOPKINS (MABN 668608)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Kimberly.hopkins@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 3:26-cv-03685<br><br>STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

Plaintiff U.S. Right to Know ("Plaintiff") and Defendant U.S. Department of Energy ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1. In this Freedom of Information Act ("FOIA") case, an Initial Case Management Conference is currently scheduled for November 18, 2026, and a case management statement is due November 11, 2026.

2. The parties have been engaging in cooperative and productive communications regarding the search and release of responsive records. Defendant has identified approximately 5,400 pages corresponding to 1,053 potentially responsive records and is processing them at a rate of 750 pages/month. Pursuant to those discussions, Defendant has continued a monthly rolling release of

records responsive to Plaintiff's FOIA requests. Defendant reports that two productions remain for Plaintiff's FOIA request and estimates that 1,842 potentially responsive pages remain to be processed and produced. The parties have been meeting and conferring as necessary to discuss and attempt to resolve issues as they arise. The parties agree that there are presently no issues that require immediate resolution by the Court.

3. Accordingly, the parties stipulate and request that the Case Management Conference currently scheduled for November 18, 2026 be continued until January 20, 2027 to allow time for Defendant to release and Plaintiff to review additional records, as well as for the parties to continue to meet and confer as necessary. The parties will provide the Court with a case management statement by January 13, 2027, or, if appropriate, may request a further continuance of the Case Management Conference at that time. The parties respectfully submit that this is the most efficient way to proceed and will conserve both the parties' and the Court's resources.

DATED: November 10, 2026

Respectfully Submitted,

CRAIG H. Missakian
United States Attorney

*/s/ Kimberly Hopkins*
Kimberly E. Hopkins
Assistant United States Attorney
Attorneys for Defendant

DATED: November 10, 2026

*/s/ Lily A. Rivo*
LILY A. RIVO
Greenfire Law, PC
Attorney for Plaintiff
U.S. RIGHT TO KNOW

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for November 18, 2026, is continued until January 20, 2027. The parties shall provide a case management statement by January 13, 2027.

IT IS SO ORDERED.

DATED:_________________

_____________________________________
THE HONORABLE PETER H. KANG
United States Magistrate Judge